IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 10-0279-01-CR-W-SOW |
| | ) | |
| DANZEL A. REESE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Sarah W. Hays (*see* Doc. #37) regarding defendant Danzel Reese's Motion to Dismiss Indictment (*see* Doc. #32). Defendant Danzel Reese filed no objections to the report and recommendation, although any objections were due on or before June 20, 2011. The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. The Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant Danzel Reese's Motion to Dismiss Indictment (Doc. #32) is denied.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED: June 23, 2011